Submitted by
SUSAN M. WALKER (State Bar No. 130748)
SONNENSCHEIN NATH & ROSENTHAL LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile:  (213) 623-9924
E-mail:  swalker@sonnenschein.com

Attorneys for Defendant
NATIONAL FIRE & MARINE
INSURANCE COMPANY

PETER F. LINDBORG, ESQ. (State Bar No. 150192)
IRINA J. DRILL, ESQ. (State Bar No. 185144)
LINDBORG & DRILL LLP
550 North Brand Boulevard, Suite 1830
Glendale, California 91203
Tel: 818/637-8325
Fax: 818/637-8376
E-mail: idrill@ldlllp.com

Attorneys for Plaintiff
WANKE, INDUSTRIAL,
COMMERCIAL, RESIDENTIAL,
INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANKE, INDUSTRIAL, COMMERCIAL, RESIDENTIAL, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL FIRE & MARINE INSURANCE COMPANY, a Nebraska corporation; and DOES 1 through 100, inclusive <br><br> Defendants. | No. CV 09-4149 DMG(FMOx) <br><br> ORDER RE DISMISSAL PURSUANT TO THE PARTIES' STIPULATION AND SETTLEMENT <br> [16]  JS-6 |

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017
(213) 623-9300

1      The Court having considered the parties' "Stipulation Re Dismissal Of

2  Action With Prejudice Pursuant To Parties' Settlement," and good cause appearing

3  therefor, pursuant to Rule 41(a)(1) and (2), IT IS HEREBY ORDERED that this

4  action is dismissed in its entirety with prejudice, with each party to bear its own

5  attorneys' fees and costs.

6

7

8  Dated:  April 15, 2010

9

10

11                  Honorable Dolly Gee
                U.S. District Court Judge

12  30348219\V-1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017
(213) 623-9300